# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

JUL 20 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| **United States of America** vs. Raul Sanchez | Case No. 10-CR-0065 AWI |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Raul Sanchez___, have discussed with ___Lydia J. Serrano___, Pretrial Services Officer, modifications of my release conditions as follows:

Removing condition number 7(s) and replacing it with the following condition: You shall participate in the following Location Monitoring program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon their ability to pay as determined by the Pretrial Services Officer. **CURFEW:** You are restricted to your residence everyday from 9 pm to 6 am or as directed by the Pretrial Services Officer. All other previously ordered conditions of release not in conflict with this condition to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7-19-10        _____  7-19-10
Signature of Defendant    Date           Pretrial Services Officer   Date
Raul Sanchez                              Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                                   7/20/10
Signature of Assistant United States Attorney             Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                   7-19-10
Signature of Defense Counsel                              Date
Katherine Hart

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on   7/20/10
☐ The above modification of conditions of release is *not* ordered.

_____                                   7/20/10
Signature of Judicial Officer                             Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services