# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States of America<br>vs.<br>Raul Sanchez | Case No.  10CR0065 AWI |

FILED  JUN 13 PM 3:24
JUN 16 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Raul Sanchez_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting condition number 7(s), which pertains to electronic monitoring and home detention.

All other previously ordered conditions of release not in conflict with this change to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_   6-9-11
Signature of Defendant   Date
Raul Sanchez

_[signature]_   6-13-11
Pretrial Services Officer   Date
Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_   6-16-11
Signature of Assistant United States Attorney   Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_   6-16-11
Signature of Defense Counsel   Date
Michael G. Idiart

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _June 16, 2011_.
[ ] The above modification of conditions of release is *not* ordered.

_[signature] Sheila K. Oberto_   _June 16, 2011_
Signature of Judicial Officer   Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services