**United States District Court**
**EASTERN DISTRICT OF CALIFORNIA**




JUL 26 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

**United States of America**
vs.
Raul Sanchez

**Case No.** 1:10CR0065 AWI

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Raul Sanchez, have discussed with Lydia J. Serrano, Pretrial Services Officer, modifications of my release conditions as follows:

Removing condition number 7(a) which states: The defendant shall maintain or actively seek employment, and provide proof to the PSO, upon request.

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| Signature of Defendant | Date | Pretrial Services Officer | Date |
|---|---|---|---|
| Raul Sanchez | 7-16-12 | Lydia J. Serrano | 7-16-12 |

I have reviewed the conditions and concur that this modification is appropriate.

Signature of Assistant United States Attorney — Date: 7-23-12
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel — Date: 7-16-12 (7-16-12)
Michael Idiart

**ORDER OF THE COURT**

☒ The above modification of conditions of release is ordered, to be effective on 7/26/12.

☐ The above modification of conditions of release is *not* ordered.

Signature of Judicial Officer — Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services

RECEIVED
JUL 17 2012
By