HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAUL SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RAUL SANCHEZ,<br><br>          Defendant. | No. Cr. F 10-65 AWI<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable ANTHONY W. ISHII |

Defendant, RAUL SANCHEZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.     On November 19, 2012, this Court sentenced Mr. Sanchez to a term of 87 months imprisonment;

3.     His total offense level was 29, his criminal history category was I, and the resulting guideline range was 87 to 108 months;

4. The sentencing range applicable to Mr. Sanchez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Sanchez's total offense level has been reduced from 29 to 27, and his amended guideline range is 70 to 87 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Sanchez's term of imprisonment to a total term of 70 months.

Respectfully submitted,

Dated:  December 16, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/  Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   December 16, 2014

HEATHER E. WILLIAMS
Federal Defender

/s/ David M. Porter
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
RAUL SANCHEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Sanchez is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 70 to 87 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2012 is reduced to a term of 70 months, effective as of November 1, 2015.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, an effective date of the amended judgment as November 1, 2015, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1    Unless otherwise ordered, Mr. Sanchez shall report to the United States Probation Office
2    within seventy-two hours after his release.

4    IT IS SO ORDERED.

5    Dated:  December 17, 2014                    _____
6                                                 SENIOR  DISTRICT  JUDGE

Stipulation and Order Re: Sentence Reduction            3